# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CASE NO. 22-20054-DDC-TJJ

WARREN RICHARDSON,

        Defendant.

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

**ATTEMPTED MURDER OF A CORRECTIONAL OFFICER**
**[18 U.S.C. § 1114]**

On or about February 6, 2021, in the District of Kansas, the defendant,

**WARREN RICHARDSON,**

with premeditation and malice aforethought, did unlawfully attempt to kill federal holding facility employee M.L., whose identity is known to the Grand Jury, an

1

officer and employee of the United States, while M.L. was engaged in and on account of the performance of his/her official duties.

In violation of Title 18, United States Code, Sections 1114 and 1113.

## COUNT TWO

### ATTEMPTED MURDER OF A CORRECTIONAL OFFICER
### [18 U.S.C. § 1114]

On or about February 6, 2021, in the District of Kansas, the defendant,

### WARREN RICHARDSON,

with premeditation and malice aforethought, did unlawfully attempt to kill federal holding facility employee D.P., whose identity is known to the Grand Jury, an officer and employee of the United States, while D.P. was engaged in and on account of the performance of his/her official duties.

In violation of Title 18, United States Code, Sections 1114 and 1113.

## COUNT THREE

### ASSAULTING A CORRECTIONAL OFFICER WITH A
### DEADLY WEAPON AND INFLICTING BODILY INJURY
### [18 U.S.C. § 111(b)]

On or about February 6, 2021, in the District of Kansas, the defendant,

### WARREN RICHARDSON,

forcibly and intentionally assaulted, resisted, opposed, impeded, intimidated, and interfered with federal holding facility employee M.L., whose identity is known to the Grand Jury, an officer and employee of the United States, a person designated

in Title 18, United States Code, Section 1114, while M.L. was engaged in and on account of the performance of his/her official duties and inflicted bodily injury and used a dangerous and deadly weapon, to wit: a hand-made weapon with an approximately 1.5 inch piece of metal sharpened to a point, affixed to an approximately 5 inch handle wrapped in white cloth.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT FOUR

### ASSAULTING A CORRECTIONAL OFFICER WITH A DEADLY WEAPON AND INFLICTING BODILY INJURY
### [18 U.S.C. § 111(b)]

On or about February 6, 2021, in the District of Kansas, the defendant,

**WARREN RICHARDSON,**

forcibly and intentionally assaulted, resisted, opposed, impeded, intimidated, and interfered with federal holding facility employee D.P., whose identity is known to the Grand Jury, an officer and employee of the United States, a person designated in Title 18, United States Code, Section 1114, while D.P. was engaged in and on account of the performance of his/her official duties and inflicted bodily injury and used a dangerous and deadly weapon, to wit: a hand-made weapon with an approximately 1.5 inch piece of metal sharpened to a point, affixed to an approximately 5 inch handle wrapped in white cloth.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT FIVE

**POSSESSION OF CONTRABAND IN PRISON**
**[18 U.S.C. § 1791(a)(2)]**

On or about February 6, 2021, in the District of Kansas, the defendant,

**WARREN RICHARDSON,**

an inmate of the United States Penitentiary Core Civic, Kansas, a Federal correctional, detention, and penal facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, possessed a prohibited object, to wit: a hand-made weapon with an approximately 1.5 inch piece of metal sharpened to a point, affixed to an approximately 5 inch handle wrapped in white cloth, with a piece of brown cloth which dangled from the end and was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3) and (d)(1)(B).

## COUNT SIX

**ASSAULT OF A CORRECTIONAL OFFICER**
**[18 U.S.C. § 111(a)]**

On or about January 30, 2021, in the District of Kansas, the defendant,

**WARREN RICHARDSON,**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with federal holding facility employee B.L., whose identity is known to the Grand Jury, an officer and employee of the United States, a person designated in Title 18,

United States Code, Section 1114, while B.L. was engaged in and on account of the performance of his/her official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT SEVEN

### ASSAULT OF A CORRECTIONAL OFFICER
### [18 U.S.C. § 111(a)]

On or about January 23, 2021, in the District of Kansas, the defendant,

### WARREN RICHARDSON,

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with federal holding facility employee M.L., whose identity is known to the Grand Jury, an officer and employee of the United States, a person designated in Title 18, United States Code, Section 1114, while M.L. was engaged in and on account of the performance of his/her official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.

November 16, 2022          s/Foreperson
DATE                       FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: *s/ Sheri Catania*
SHERI CATANIA,
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Sheri.catania@usdoj.gov
Ks. S. Ct. No. 17097

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Counts 1 and 2: Attempted Murder of a Correctional Officer, 18 U.S.C. § 1114**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 1113.

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

**Counts 3 and 4: Assaulting a Correctional Officer Using a Dangerous Weapon and Inflicting Bodily Injury, 18 U.S.C. §§ 111(a)(1) and 111(b)**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 111(b).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

**Count 5:  Possessing Contraband, 18 U.S.C. §§ 1791(a)(2) and (b)(3)**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1791(b)(3).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

**Counts 6 and 7: Assaulting a Correctional Officer, 18 U.S.C. § 111(a)(1)**

- Punishable by a term of imprisonment of not more than one (1) year. 18 U.S.C. § 111(a).

- A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(3).

- A fine not to exceed $100,000. 18 U.S.C. § 3571(b)(5).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).